DANIEL W. MILLS *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed October 19, 1899.*

This case is controlled by the decision in *Holden* v. *City of Chicago,* 172 Ill. 263.

WRIT OF ERROR to the County Court of Cook county; the Hon. COLOSTIN D. MYERS, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

CHARLES S. THORNTON, Corporation Counsel, and JOHN A. MAY, for defendant in error.

Per CURIAM: This is a writ of error to reverse a judgment of the county court of Cook county, confirming a special assessment. The ordinance providing for the improvement fails to state the height of the curb required to be constructed on each side of the street, and, on account of this defect, it is claimed that the ordinance is invalid. The ordinance involved, as respects the height of the curb, is substantially like the ordinance which was held to be invalid in *Holden* v. *City of Chicago,* 172 Ill. 263, and the decision in that case controls the decision of this case.

Accordingly, as to the property set out and described in the assignment of errors in the record, the judgment of confirmation is reversed and the cause is remanded to the county court.        *Reversed and remanded.*